AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

**FILED**
AUG 1 4 2013
U. S. DISTRICT COURT,
EASTERN DISTRICT OF MO.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DERRICK KEYS | ) | Case No.  4:13 MJ 7201 SPM |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 7, 2013____ in the county of ____St. Charles____ in the ____Eastern____ District of ____Missouri____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g)(1) | being a previously convicted felon in possession of a firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*
Special Agent Michael Froncheck - ATF

*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____August 14, 2013____

*Judge's signature*

City and state: ____St. Louis, Missouri____

Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*